# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2011

142500

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re D. G. DAVIS, Minor.

SC: 142500
COA: 297295
Wayne CC Family Division:
02-412846-NA

_____/

On order of the Court, the application for leave to appeal the December 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY, MARKMAN, and HATHAWAY, JJ., would reverse the judgment of the Court of Appeals, vacate the trial court's order terminating the respondent father's parental rights, and remand this case to that court for further proceedings.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2011

p0322

_____
Clerk